EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> Ángel L. Ortiz López | 2022 TSPR 56 <br><br> 209 DPR \_\_\_\_\_ |

Número del Caso: TS-18,057


Fecha: 2 de mayo de 2022


Abogado de la parte peticionaria:

    Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Ángel L. Ortiz López

TS-18,057


RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de mayo de 2022.

Evaluada la *Moción informando cumplimiento con las órdenes de este honorable tribunal y en súplica de reinstalación al ejercicio de la abogacía y la notaría* presentada por el Sr. Ángel L. Ortiz López, se le reinstala al ejercicio de la abogacía.

Se le concede a la Oficina de Inspección de Notaría un término de 30 días, contado a partir de la notificación de esta resolución, para que comparezca y nos informe su posición respecto a la solicitud de reinstalación al ejercicio de la notaría del señor Ortiz López.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo no intervino.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo